IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTUS CHESTNUT | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 06-4921 |
| | Honorable Petrese B. Tucker, J. |
| GENERAL MOTORS CORPORATION | |
| Defendant. | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of the Plaintiff in connection with the above-captioned matter.

                                                  TIMOTHY M. KOLMAN AND ASSOCIATES

                                                  /s/ Wayne A. Ely, Esquire
                                                  Wayne A. Ely, Esquire
                                                  Timothy M. Kolman and Associates
                                                  414 Hulmeville Avenue
                                                  Penndel, PA 19047

September 22, 2009