IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTUS CHESTNUT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06-CV-04921 |
| | ) | |
| GENERAL MOTORS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S STATUS REPORT

Pursuant to the Court's December 30, 2009 Order, Defendant General Motors Corporation, now known as Motors Liquidation Company, provides the following information as to status:

The Defendant in this action is still the subject of a case under Chapter 11 of the United States Bankruptcy Code which is still pending in the United States Bankruptcy Court for the Southern District of New York, Case No. 09-50023 (REG). The Notice of Bankruptcy filed in this case is still applicable. The Defendant in this case has not emerged from Bankruptcy.

Respectfully submitted,

LATHROP & GAGE LLP

*/s/ Bridget B. Romero*
David C. Vogel                    Mo. Bar No. 45937
Bridget B. Romero               Mo. Bar No. 56850
(Admitted Pro Hac Vice)
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108-2684
Phone: (816) 292-2000
Fax: (816) 292-2001

and

1

REED SMITH LLP

Sara A. Begley
Wayne C. Stansfield
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103
Telephone:  (215) 851-8100

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2010, I electronically filed the document with the clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

>Timothy M. Kolman
>Timothy M. Kolman and Associates
>225 N. Flowers Mill Road
>Langhorne, PA 19047
>
>Attorney for Plaintiff

>*/s/ Bridget B. Romero*
>An Attorney for Defendant