## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHESTNUT** | : | CIVIL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| **GENERAL MOTORS CORPORATION** | : | **NO.: 06-cv-4921** |

### O R D E R

**AND NOW**, this **26ᵗʰ** day of **JULY, 2022**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Honorable Petrese B. Tucker to the calendar of the Honorable Paul S. Diamond for further proceedings.

FOR THE COURT:

**JUAN R. SÁNCHEZ**
**Chief Judge**

ATTEST:

 /s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**