# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUSTUS CHESTNUT** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civ. No. 06-4921 |
| | : | |
| **GENERAL MOTORS** | : | |
| **CORPORATION,** | : | |
| **Defendant.** | : | |

## O R D E R

**AND NOW**, this 1st day of August, 2022, it is hereby **ORDERED** that counsel for the Parties shall jointly file a status report **no later than** August 8, 2022 at 12:00 p.m.

**AND IT IS SO ORDERED.**

_/s/ Paul S. Diamond_
Paul S. Diamond, J.